## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 09CV871　　　　　　　　Assigned/Issued By: DAJ

Judge Name: NORGLE　　　　　　　　Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*　　[✓] $350.00　　[ ] $39.00　　[ ] $5.00

　　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____

　　　　　　　　[ ] $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00　　　　　　　Receipt #: 3503514

Date Payment Rec'd: 02/11/09　　　Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons　　　　　　　　　　　　　[ ] Alias Summons

[ ] Third Party Summons　　　　　　　　[ ] Lis Pendens

[ ] Non Wage Garnishment Summons　　　[ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons　　_____

　　　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets　　　　　[ ] Other

[ ] Writ _____　　　　_____
　　　*(Type of Writ)*　　　　　　　　　*(Type of issuance)*

3 Original and 0 copies on 02/11/09 as to DEF'S.
　　　　　　　　　　　　*(Date)*